# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 330
Garden City, N.Y. 11530
Tel: (516) 877-1234   Fax: (516) 877-1177

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/8/2026__

Marc Wietzke, Esq.
Admitted in NY & NJ

_____

Sean Constable, Esq.
Admitted in NY & MA

Offices throughout the Northeast
Toll Free: (866) 877-FELA

June 5, 2026

Judge Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

RE:  DANIEL BEACRAFT V. CSX TRANSPORTATION
     25 Civ. 1427 (NSR)(AEK)

Dear Judge Roman:

This office represents the plaintiff in the above-referenced matter and jointly write with defendant in response to the Court's Order of May 29, 2026 (Docket 21).

The parties are in the process of scheduling a settlement conference before Magistrate Conference after the close of all discovery on August 7, 2026.  Consequently, the parties respectfully request an adjournment of the July 21, 2026 post-discovery conference.

Respectfully submitted,

Marc Wietzke

MW:AG
cc: Michael Gaetani, Esq.

**The status conference scheduled for July 21, 2026 is adjourned to September 11, 2026 at 2:15 p.m. The Clerk of Court is kindly directed to terminate the motion at ECF No. 22.**

**Dated: June 8, 2026**
**White Plains, New York**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED